IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 24-44-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| SHACHEEN LEIGH RUSSELL, | |
| Defendant. | |

Before the Court is the United States of America's Unopposed Motion for Final Order of Forfeiture (Doc. 59). Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on December 6, 2024. (Doc. 55).

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 56).

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

1. The motion for final order of forfeiture (Doc. 59) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Sig-Sauer P365 XL 9mm caliber pistol (serial number obliterated); and
- 1 round of 9mm caliber ammunition

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 11th day of March, 2025.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge